The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA; the states of CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, IOWA, MARYLAND, MINNESOTA, MONTANA, NEW JERSEY, NEW MEXICO, NEW YORK, and RHODE ISLAND; the DISTRICT OF COLUMBIA; and the commonwealths of MASSACHUSETTS and VIRGINIA; *ex rel*. Robert G. Lee,<br><br>Plaintiffs,<br><br>v.<br><br>FIRSTSPEAR, LLC; POINT BLANK ENTERPRISES, INC.; CENTRAL LAKE ARMOR EXPRESS, INC.; KDH DEFENSE SYSTEMS, INC.; and SAFARILAND, LLC,<br><br>Defendants. | CASE NO. 19-cv-01778-RSM<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States and the States of California, Delaware, Florida, Illinois, Iowa, Maryland, Minnesota, Montana, New Jersey, New Mexico, New York, Rhode Island, The Commonwealth of Massachusetts, and The Commonwealth of Virginia (collectively, the Governmental Entities), having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the relevant state false claims acts, it is hereby ORDERED that:

    1.    The Complaint, this Order, the Governmental Entities' Notice of Declination, and all

ORDER - 1
CASE NO. 19-cv-01778-RSM
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

future filings shall be unsealed;

2. Relator shall serve a copy of the Complaint, this Order, and the Governmental Entities' Notice of Declination on Defendants;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Governmental Entities, as provided for in 31 U.S.C. § 3730(c)(3) and the relevant state analogues, including any notice required by California Government Code section 12652(c), including, as applicable, the notice required by section 12652(c)(8)(D) relating to California political subdivisions;

4. The Governmental Entities may seek dismissal of Relator's action or claims, order any deposition transcripts, and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the Governmental Entities;

6. All orders of this Court shall be sent to the Governmental Entities; and

7. Should Relator or any party propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Governmental Entities with notice and an opportunity to be heard before ruling or granting its approval.

DATED this __14th__ day of _____November_____, 2022.

RICARDO S. MARTINEZ
United States District Judge

ORDER - 2
CASE NO. 19-cv-01778-RSM
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2  _____
   KAYLA C. STAHMAN, CA #228931
3  Assistant United States Attorney
   United States Attorney's Office
4  700 Stewart Street, Suite 5220
   Seattle, Washington 98101-1271
5  Phone: 206-553-7970
   Fax:    206-553-4067
6  Email: kayla.stahman@usdoj.gov

7
   _____
8
   VINCENZA RABENN, CA #284368
9  Deputy Attorney General
   California Attorney General's Office
10 Corporate Fraud
   1300 I Street
11 Sacramento, California 95814
   Phone: 916-210-7504
12 Email: vincenza.rabenn@doj.ca.gov

13

14

15

16

17

18

19

20

21

22

23

ORDER - 3
CASE NO. 19-cv-01778-RSM
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970