**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA; the states of CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, IOWA, MARYLAND, MINNESOTA, MONTANA, NEW JERSEY, NEW MEXICO, NEW YORK, and RHODE ISLAND; the DISTRICT OF COLUMBIA; and the Commonwealth of MASSACHUSETTS and VIRGINIA; *ex rel.* ROBERT G. LEE,<br><br>Plaintiffs,<br><br>v.<br><br>FIRSTSPEAR, LLC, POINT BLANK ENTERPRISES, INC., CENTRAL LAKE ARMOR EXPRESS, INC., KDH DEFENSE SYSTEMS, INC., and SAFARILAND, LLC,<br><br>Defendants. | No. 2:19-cv-01778-RSM<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL** |

On November 1, 2019, Relator Robert G. Lee filed this action under the Federal False Claims Act ("FCA"), 29 U.S.C. §§ 3729 *et seq*, and under the false claims acts of the States of California, Delaware, Florida, Illinois, Iowa, Maryland, Minnesota, Montana, New Jersey, New Mexico, New York, Rhode Island, the Commonwealth of Massachusetts, the Commonwealth of Virginia and the District of Columbia. On February 3, 2023, Relator filed a Notice of Voluntary

Dismissal of all claims against FirstSpear LLC, Point Blank Enterprises, Inc., Central Lake Armor Express, Inc., KDH Defense Systems, Inc., and Safariland, LLC without prejudice as to the Relator, the United States of America, or to the States of California, Delaware, Florida, Illinois, Iowa, Maryland, Minnesota, Montana, New Jersey, New Mexico, New York, Rhode Island, the Commonwealth of Massachusetts, the Commonwealth of Virginia, or the District of Columbia, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Relator Robert G. Lee having filed a Notice of Voluntary Dismissal without prejudice of this action that the States of California, Delaware, Florida, Illinois, Iowa, Maryland, Minnesota, Montana, New Jersey, New Mexico, Rhode Island, the Commonwealth of Massachusetts, the Commonwealth of Virginia, and the District of Columbia joined, the State of New York having consented to dismissal, and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. §3730(b)(1), the Court rules as follows:

Based on the foregoing, and good cause having been shown, it is hereby ORDERED that:

1. All claims against FirstSpear LLC, Point Blank Enterprises, Inc., Central Lake Armor Express, Inc., KDH Defense Systems, Inc., and Safariland, LLC, are dismissed without prejudice as to Relator Robert G. Lee, without prejudice as to the United States of America, and without prejudice as to the States of California, Delaware, Florida, Illinois, Iowa, Maryland, Minnesota, Montana, New Jersey, New Mexico, New York, Rhode Island, The Commonwealth of Massachusetts, the Commonwealth of Virginia, or the District of Columbia, and without fees or costs being awarded to any party.

DATED this 7th day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order Granting Voluntary Dismissal - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384